UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. FOX, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2045 MCE AC<br><br><br>ORDER |

On August 11, 2020, this action was dismissed without prejudice and judgment was entered accordingly. On November 23, 2020, plaintiff filed a request for reconsideration.

Federal Rule of Civil Procedure 59(e) requires that "a motion to alter or amend a judgment must be filed no later than 28 days after entry of the judgment." In this case, plaintiff's motion was filed more than three months after entry of judgment. Plaintiff's motion must, therefore, be denied. Nevertheless, because this action was dismissed without prejudice, plaintiff may pursue his claims in a new civil rights action. Plaintiff is directed to refrain from filing any further matters in the instant case.

///

///

///

///

1

Accordingly, plaintiff's November 23, 2020 motion for reconsideration (ECF No. 14) is DENIED.

IT IS SO ORDERED.

Dated: January 7, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2